Steven M. Olson, Esq.
　　　State Bar No. 146120
Jacob M. Faircloth, Esq.
　　　State Bar No. 305390
BLUESTONE FAIRCLOTH & OLSON, LLP
1825 4th Street
Santa Rosa, CA 95404
Telephone: (707) 526-4250
Email: steve@bfolegal.com
Attorneys for Paul M. Mustain and Kevin and Wendy Copperfield, Trustees of
Copperfield Family Trust

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | Case No. 23-10099-DM-13 (Chapter 13) |
| MARCUS ALLEN ANGLIN SMITH, | Date of hearing: March 11, 2026 |
| Debtor. | Time: 10:00 a.m. |
| _____/ | Location: Via Zoom |

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

PLEASE TAKE NOTICE that Paul M. Mustain and Kevin and Wendy Copperfield, Trustees of Copperfield Family Trust (the "Creditors") have filed a Motion for Relief from Automatic Stay (the "Motion").

**Your rights may be affected. You should read the motion papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

### Objection Procedure

If you do not want the Court to grant this Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must attend the hearing scheduled to be held on March 11, 2026, at 10:00 a.m., at United States Bankruptcy Court. The hearing will be held by Zoom. See details below.

The hearing will be a preliminary hearing. If you do not attend the preliminary hearing, the Creditor intends to request relief from the automatic stay against you by default in order to authorize the Creditor to take any and all acts available to the Creditor under applicable law regarding the Creditors' lien on the Debtor's real property and

**MOTION FOR RELIEF FROM STAY, AND MEMORANDUM IN SUPPORT THEREOF** - Page 1

improvements located at 23961 Eberle Street, Covelo, CA 9548 (the "Collateral").

This hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

Dated: February 24, 2026      BLUESTONE FAIRCLOTH & OLSON, LLP

*/S/ Steven M. Olson*
BY: _____
     Steven M. Olson
ATTORNEY FOR CREDITORS

Case: 23-10099    Doc# 194    Filed: 02/24/26    Entered: 02/24/26 22:00:11    Page 2 of 2